IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRADLET DESAMOURS,

    Petitioner,

v.                                     CASE NO. 4:05-cv-00375-MP-AK

D.H.S. and JUDGE REX,

    Respondents.
_____/

**REPORT AND RECOMMENDATION**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Fradlet Desamours.  In the interest of judicial economy, the Court granted Petitioner leave to proceed IFP by separate order.[1]  In his petition, Petitioner seeks to be released, deported, or removed.  *Id*. at 7.  Petitioner candidly acknowledges that he did not appeal the final order of removal and has not otherwise attempted to exhaust any available administrative remedies. *See id., e.g.*, at 3-4.

---

[1] This R&R was originally prepared and signed on October 20, 2005.  While this R&R appears in the undersigned's final orders folder on the computer and in the hard copy folder kept in chambers--indicating that it was reviewed, signed, and turned over to the Clerk for docketing--the R&R was not in fact docketed.  This is of no real consequence in this case but is related only to advise Petitioner and the district judge of the reason for the seemingly significant delay in handling this matter.

Petitioner is required to exhaust his administrative remedies before seeking habeas review of a removal order. *Sundar v. Immigration and Naturalization Service*, 328 F.3d 1320, 1326 (11th Cir.), *cert. denied*, 540 U.S. 1006 (2003). Because Petitioner has not appealed the order of removal to the Board of Immigration Appeals or otherwise attempted administratively to effect his removal or deportation from this country, this cause should be dismissed for failure to exhaust.

In light of the foregoing, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**IN CHAMBERS** at Gainesville, Florida, this  **8th**  day of August, 2006.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**