IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRADLET DESAMOURS,

      Petitioner,

v.                                                                          CASE NO. 4:05-cv-00375-MP-AK

D.H.S. and JUDGE REX,

      Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 8, Report and Recommendation of the Magistrate

Judge, which recommends dismissing Petitioner's petition for habeas corpus as moot.  The

Magistrate Judge filed the Report and Recommendation on Tuesday, August 8, 2006.  The

parties have been furnished a copy of the Report and Recommendation and have been afforded

an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1),

the Court must make a *de novo* review of those portions to which an objection has been made.

In this instance, however, no objections were made.

In his petition for writ of habeas corpus, Petitioner admits that he did not appeal the final

order of removal and has not attempted to exhaust any available administrative remedies.  Doc. 1

at 3-6.  As the Magistrate correctly states, Petitioner must first exhaust his administrative

remedies before seeking habeas review of a removal order.  Accordingly, Petitioner's petition for

writ of habeas corpus is dismissed without prejudice for failure to exhaust administrative

remedies.  Therefore, having considered the Report and Recommendation, I have determined

that the Report and Recommendation should be ADOPTED.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Petitioner's petition for writ of habeas corpus is dismissed without prejudice for failure to exhaust administrative remedies.

**DONE AND ORDERED** this __*8th*__ day of September, 2006


*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge